

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOHN SCHWITZ,<br>    Appellant, | § | No. 08-23-00090-CV |
| | § | Appeal from the |
| v. | § | 441st Judicial District Court |
| ALPHA PRECAST CONCRETE LLC, and<br>DAVID SALAZAR,<br>    Appellees. | § | of Midland County, Texas |
| | § | (TC# CV57937) |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion for determination of whether it should be dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3. Finding the clerk's record has not been filed due to the fault of Appellant, we dismiss the appeal for want of prosecution.[1]

After the Midland County District Clerk notified this Court of Appellant's failure to pay or to arrange to pay for preparation of the clerk's record, the Clerk of this Court sent a letter to all parties on May 11, 2023, giving ten days' notice of the Court's intention to dismiss the appeal for want of prosecution unless Appellant provided grounds for continuing the appeal. *See* TEX. R. APP.

---

[1] We hear this case on transfer from the Eleventh Court of Appeals in Eastland. *See* TEX. R. APP. P. 41.3.

P. 37.3(b) (authorizing appellate court to dismiss appeal if no clerk's record is prepared due to Appellant's fault).

As of this date, more than ten days have elapsed from this Court's notice, yet Appellant has not paid (or arranged to pay) for preparation of the clerk's record, nor has he otherwise shown he is excused from paying. Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


GINA M. PALAFOX, Justice

May 30, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.